The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J. J. *et al* <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. NO. 2:15-cv-1967 <br><br> STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY DEADLINE |

The parties in the above-entitled action, by and through their attorneys of record, hereby stipulate and agree that good cause exists to request a one week extension of the discovery deadline, which is presently set for February 5, 2017. The parties are <u>not</u> requesting a continuance of the trial date or any of the other case scheduling deadlines.

Despite the parties' efforts to complete discovery by the February 5, 2017 deadline, they have been unable to do so as the government's Rule 35 examiner's report was not produced until February 7th 2017 and the deposition will be completed following the report. Thus, the parties are seeking a one week extension of the discovery deadline to complete this final discovery.

In light of the foregoing, the parties respectfully submit that good cause exists to continue the discovery deadline from February 5, 2017 until February 13, 2017.

SO STIPULATED.

DATED this 8th day of February, 2017

SO STIPULATED.

DATED this 8th day of February, 2017

STIPULATED MOTION AND
ORDER TO CONTINUE DISCOVERY DEADLINE - 1

Christopher Williams
143 5th Ave North
Edmonds, WA 98020

| | | |
|---|---|---|
| 1 |     /s/ | |
| 2 | Christopher Williams #18735 |   *EMAIL AGREEMENT* |
| | 143 5th Ave North | DAVID R. EAST, WSBA #31481 |
| 3 | Edmonds, WA 98020 | Assistant United States Attorney |
| | Phone: 425-778-1151 | Western District of Washington |
| 4 | Fax: 425-670-1737 | United States Attorney's Office |
| | E-mail: cwilliamslaw@gmail.com | 700 Stewart Street, Suite 5220 |
| 5 | | Seattle, Washington 98101-1271 |
| 6 | *Attorneys for Plaintiffs* | Phone: 206-553-7970 |
| | | Fax: 206-553-4073 |
| 7 | | E-mail: david.east@usdoj.gov |
| 8 | | |
| | | *Attorneys for Defendant* |

STIPULATED MOTION AND
ORDER TO CONTINUE DISCOVERY DEADLINE - 2

Christopher Williams
143 5th Ave North
Edmonds, WA 98020

1
2

# ORDER

3  **THIS MATTER** having come before the Court on the parties' Stipulated Motion to
4  Continue Discovery Deadline, and the Court having reviewed the Stipulated Motion and the files
5  and records herein:
6  **IT IS HEREBY ORDERED** that good cause exists to grant the continuance sought by the
7  Stipulated Motion and thus the Court hereby **GRANTS** the Stipulated Motion and continues the
   discovery deadline from February 5, 2017 until February 13, 2017.
8
9
10  DATED this 14th day of February, 2017.
11
12
13  _____
14  Robert S. Lasnik
    United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28