# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| J.J., a.k.a. J.T., a minor, REATHA and KEITH TOM, husband and wife and the marital community therein, and A.L., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C15-1967RSL<br><br>ORDER APPROVING GAL SETTLEMENT |

THIS MATTER having come before the undersigned Judge of the above entitled Court this day, pursuant to the Petition for Approval of Minor's Settlement; the Court having considered the Report of the Settlement Guardian Ad Litem regarding the adequacy of the settlement and having considered the records and files herein; it is hereby ORDERED:

1. The settlement offer in favor of J.J., a minor, as set forth in the Petition for Approval of Minor's Settlement; be and is hereby approved;

2. The father, Keith Tom, is hereby authorized to execute releases of the minor's claim.

3. The costs and attorney's fees incurred herein are approved as follows:

    A.    Attorney's Fees:    $ 55,000 ($220,000/25%)

ORDER APPROVING GAL SETTLEMENT

4. The settlement Guardian Ad Litem fees in the amount of $2076.65 are hereby approved and shall be paid by Christopher Williams directly to REBECCA ALBRIGHT.

5. Upon receipt, Plaintiff's counsel is directed to disburse funds as follows:

    A. Christopher Williams fees: $ 55,000.00

    B. PHIA $ 73,575.28

    C. The Farmers Group $10,000.00

    D. Regence Blue Shield $26.66- disputed

6. Mr. Williams is authorized to negotiate the $16,148.00 per 2.2 of the Petition on behalf of denied claim amount and to pay the claim as appropriate.

7. Mr. Williams is authorized to negotiate a lower subrogation amount with all carriers on behalf of Petitioner and to be paid for this effort per his fee agreement.

8. The balance of funds shall be paid to Keith Tom.

9. The other claims involving Reatha Tom, Keith Tom and Avery Lane will result in payouts to them in the amount of $3750.00 each.

Any funds held in the above referenced (Blocked Account) on behalf of J.J. are not to be released except pursuant to further order of this Court, or upon proof that J.J. has reached the age of eighteen years old, at which time the funds held in the Blocked Account shall be released to J.J. upon their request, without further order of the Court.

Settlement Guardian Ad Litem Rebecca Albright shall be discharged upon filing of the receipt of funds into the Blocked Account without further order of this court.

SO ORDERED this 3rd day of August, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER APPROVING GAL SETTLEMENT         -3-